

**SPECIAL USE PERMIT**
CITY OF LEAVENWORTH, KANSAS

| OFFICE USE ONLY | |
|---|---|
| CASE NO.: 2025-03 | **SUP** |
| Application No. | 16864 |
| Fee (non-refundable) | $350.00 |
| Filing Date | 2/21/25 |
| Receipted By | ed online |
| Hearing Date | 4/7/25 |
| Publication Date | 3/12/25 |

As provided in Section 2.04 of the 2016 Development Regulations, application is hereby made for a SPECIAL USE PERMIT for the operation of a: __Detention Center

in accordance with the attached site plan on the following described property:

| Subject Property: | 100 Hwy Terrace, Leavenworth, KS 66048 |
|---|---|
| Legal Description: | *(Attach a full legal description provided by the Register of Deeds Office)* |
| Real Estate PID #: | 052-094-18-0-20-01-002.00-0 |
| Zoning: | Industrial | Historic District: | |

I/We, the undersigned, depose and state we are the owners of the above described property:

Name(s) of Owner (print):  CoreCivic Inc. (f/k/a Corrections Corporation of America)

Owner Address:  5501 Virginia Way, Suite 110, Brentwood, TN 37027

Contact No.  615-263-3000   Email: Lucabeth.Mayberry@corecivic.com

Signature of Owner(s):  *Lucabeth Mayberry*

State of Tennessee    )
County of Davidson    )    (SEAL)

Signed or attested before me on:

Notary Public: *Calese B. Kapaldo*

My Appointment Expires: 08.25.2025

*(Notary seal: CALESIA R. KAPALDO, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY)*

If business is operated by someone other than the owner, provide name and address of operator(s).

Name of Lessee:

Address:

Contact No.  |  | Email: |

**NOTE:** All signatures must be in ink.  Signature of owner(s) must be secured and notarized.

*Check list below...*

|  | Non-Refundable Fee of $350.00 is due at time of application |
|---|---|
| ✓ | Certified list of property owners within two hundred (200) feet of the subject property |
| ✓ | Attach *full* legal description obtained through the Register of Deeds Office |
| ✓ | Site Plan drawn to scale (See General Instructions) |
| ✓ | Supporting documentation (See General Instructions) |



February 21, 2025

Ms. Kimberly Portillo, Director
Planning and Community Development
City of Leavenworth
100 N 5th Street, Suite 104
Leavenworth, Kansas 66048

Dear Ms. Portillo,

This letter of intent is being provided as an attachment to our Special Use Permit Application (SUP) as submitted on today's date, Friday, February 21, 2025. With the application, CoreCivic and the City are working on an agreement which outlines many of the expectations surrounding the operation of the facility. The subject property is located at:

100 Highway Terrace
Leavenworth, Kansas 66048
(Parcel ID: 0520941802001002000)

Our SUP application is for reactivation of the Leavenworth Detention Center, which will operate as the Midwest Regional Reception Center (MRRC), under an Intergovernmental Services Agreement (IGSA) with the Department of Homeland Security; Immigration and Customs Enforcement (ICE). CoreCivic Inc., is the owner and operator of the facility, and applicant for the SUP.

The IGSA will allow for CoreCivic to house approximately 1,000 detained noncitizens at the MRRC. Under the proposed action, CoreCivic staff will be responsible for ensuring that the facility is operated and maintained in a manner consistent with the mission of ICE and applicable state and federal laws, regulations, and detention standards.

On average, detainees will be held for approximately 51 days as they are processed through the immigration system, including through removal hearings held at the facility. ICE will take custody of detainees with deportation orders and coordinate their departure from the United States. No ICE detainees will be released into the Leavenworth community. All detainees who are processed through the facility will be transported to the nearest major transportation hub (i.e. the Kansas City International Airport (MCI)) or the ICE office In Kansas City.

5501 Virginia Way, Suite 110
Brentwood, TN 37027                         p. (615) 263-3000 / f. (615) 263-3140                         www.corecivic.com



With respect to visitation at the facility, the schedule will be based on the detainee population and the demand for visits. Depending on the national detention standards required by the IGSA, visits will be permitted during set hours on weekdays, generally during business hours with a mix of evening hours, Saturdays, Sundays, and holidays, or alternatively, only on weekends and holidays. In either case, to the extent practicable, the facility will accommodate the scheduling needs of visitors when the visitation schedule poses a hardship.

A detainee's classification level and gender will determine his or her housing assignment, voluntary work assignment, and how his or her recreational activities, visitation, meals, and religious services are managed. The visitation schedule will be set on a rotating basis according to detainee classification and gender, as the standards do not permit certain classifications to comingle. Under no circumstances may male and female detainees comingle.

The MRRC sits on approximately 20 acres with five housing units and 1,033 beds, complete with administrative and additional support space. The buildings footprint covers 192,000 square feet and will be staffed with approximately 300 FTE's. The annual payroll is estimated at $30 million, in addition to an estimated $10 million in local expenditures annually for materials, goods and services required to operate the facility.

The management team will consist of the warden, assistant warden, department heads, correctional officers, and staff employed in the business office, Human Resources, medical units, education, warehouse, and maintenance. Parking will be accommodated on-site with 175 spaces, and that will accommodate the staff complement for each of the institution's three shifts.

With this letter we are providing the most up to date information that we have, though we could anticipate minor adjustments of the numbers for detainees, staffing and budgets, as we finalize our response to the RFP and the resulting IGSA. We do not expect these changes to be significant or impact the overall mission or operation of the facility. We look forward to the SUP hearings and our team members are available to answer any questions that you may have. Please direct all questions to Brad Wiggins at 615-944-9971.

Very Respectfully,

Lucibeth Mayberry
Chief Innovation Officer

5501 Virginia Way, Suite 110
Brentwood, TN 37027                    p. (615) 263-3000 / f. (615) 263-3140                    www.corecivic.com

EXHIBIT F



February 6, 2025

Re:    CoreCivic – Storm Detention Site Visit
       100 Highway Ter, Leavenworth, KS 66048

On February 6th, 2025, Olsson, Inc. (Olsson) completed a visual inspection of the storm detention area for the facility.  CoreCivic onsite maintenance staff was also in attendance.

Prior to walking the site, Olsson reviewed available existing site plans and discussed any concerns with storm water from past rain events with onsite staff.   Present staff reported no drainage concerns from past rain events have been observed.
`
Existing swales are located on the west, east, and south sides of the building convey storm water overland to the storm water detention area located on the south side of the site.  One (1) underground storm sewer from the building and two (2) storm sewers crossing the private outer drive convey storm water to the storm water detention area were observed.  The storm detention area releases storm water from a concrete outlet structure located at the southwest corner of the site.  From the outlet structure, storm water is conveyed underground to storm sewer manhole via an 18" dual wall HDPE pipe.  The storm sewer manhole conveys storm sewer to the west underground to offsite.

**Visual Observations and Recommendations:**
In general, the storm sewer detention area functions properly.

Overgrown vegetation was observed in the storm sewer detention area and part of the site swales.  Olsson recommends vegetation to be removed with any disturbance to be reseeded.

There are signs of erosion at the outfalls of the underground storm sewers that are discharging into the detention area.  Visually, the storm pipes function properly with no recommendations of repair.  Olsson recommends at the discharge points of the storm sewers to be regraded with the installation of riprap to repair the areas and prevent future erosion.  Reseed all areas of disturbance.  Note, observed erosion is localized only at pipe outfalls.

Visually, the detention storm sewer outlet structure that controls runoff rate for storm water flowing out of the basin is functionally properly.  At the detention outlet structure, Olsson recommends existing vegetation, trash, and sediment to be removed.  Olsson recommends grouting between the 18" pipe and concrete wall of the outlet storm structure.  Olsson recommends a trash rack be installed to minimize future potential of clogging.  Reseed any areas of disturbance.

The 18" pipe from the detention outlet structure conveys storm sewer underground to an onsite manhole.  The interior of the manhole was visually inspected.  Visually, the manhole functions properly with no recommendation of repair.

7301 W. 133rd Street / Suite 200 / Overland Park, KS 66213
O 913.381.1170 / olsson.com

EXHIBIT F

If you have any questions, please contact me at 913.381.1170 or at mpleak@olsson.com.

Sincerely,

**Mitch Pleak, PE**
*Lead Engineer*

UNOFFICIAL COPY

```
*2015R01959   7*
Doc #:    2015R01959
STACY R. DRISCOLL/REGISTER OF DEEDS
LEAVENWORTH COUNTY
RECORDED ON
03/26/2015        10:44AM
RECORDING FEE:    60.00
INDEBTEDNESS:      0.00
PAGES:  7
```

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL DOCUMENT TO:**

Hannah K.V. Cassidy
Reno & Cavanaugh, PLLC
424 Church St., Suite 1750
Nashville, TN 37219

Entered in ... ansfer record in my office this
___ day of _____, 20___
_____ County Clerk
by _____

Space above this line for Recorder's use only.

## KANSAS SPECIAL WARRANTY DEED

THIS INDENTURE is made as of the 26th day of March, 2015, by and between CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation as successor by merger to CCA WESTERN PROPERTIES, INC., a Delaware corporation ("Seller"), and CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation ("Purchaser"). Mailing address of Purchaser is: Corrections Corporation of America, 10 Burton Hills Blvd., Nashville, TN 37215.

WITNESSETH, that Seller, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to Seller duly paid, the receipt of which is hereby acknowledged, does by these presents CONVEY and WARRANT unto Purchaser and Purchaser's successors and assigns all of the real property described on Exhibit A attached hereto and incorporated herein by this reference in City of Leavenworth, Leavenworth County, Kansas (the "Property"), SUBJECT TO (i) real estate taxes and special assessments for 2015 and subsequent years not yet due and payable and (ii) all easements, covenants, restrictions, declarations and encumbrances of record (collectively, the "Permitted Exceptions").

TO HAVE AND TO HOLD the Property with all and singular the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining, unto Purchaser and Purchaser's successors and assigns, forever; Seller hereby covenanting that (i) the Property is free and clear from any encumbrance done or suffered by Seller, except for the Permitted Exceptions, and (ii) Seller will warrant and defend the title to the Property unto Purchaser and Purchaser's successors and assigns forever against the lawful claims and demands of all persons claiming or to claim the same by, through or under Seller, except for the Permitted Exceptions.

GRANTOR'S Certificate of merger, provided on Exhibit B is attached hereto and incorporated herein by reference.

{D0373650.DOC / 3         TN500-105}

1

EXHIBIT F

UNOFFICIAL COPY

**EXEMPTION #3** to sales validation questionnaire requirement.

IN WITNESS WHEREOF, Seller has caused this Deed to be executed the day and year first above written.

**CORRECTIONS CORPORATION OF AMERICA**

a Maryland corporation, successor by merger to CCA Western Properties, Inc., a Delaware corporation

By: _Lucibeth Mayberry_

Lucibeth Mayberry, Senior Vice President, Real Estate

STATE OF TENNESSEE   )SS
COUNTY OF DAVIDSON   )

On March 20, 2015, before me, _Calesia R. Kapaldo_, Notary Public, personally appeared Lucibeth Mayberry, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Georgia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

_Calesia R. Kapaldo_
Calesia R. Kapaldo, Notary Public

My Commission Expires: _6/19/16_

*This area for official notary seal*

{D0373650.DOC / 3}          TN500-105}

2

UNOFFICIAL COPY

**Exhibit A**
**Legal Description**

Tract # 1:
Lots, 2, 3, 4, 5, 6. 7, and 8, Block 5, LEAVENWORTH INDUSTRIAL PARK, City of
Leavenworth, Leavenworth County, Kansas.

Tract #2:
Lots, 2, 4, and 6, Block 4, BREWER PLACE. A REPLAT OF BLOCKS 3 AND 4,
LEAVENWORTH INDUSTRIAL PARK, City of Leavenworth, Leavenworth County, Kansas.

AND

Vacated Highway Terrace bounded by the above tracts.

Leavenworth County, Register of Deeds   2015R01959

EXHIBIT F

UNOFFICIAL COPY

**Exhibit B**
**Certificate of Merger**

**See attached.**

Leavenworth County, Register of Deeds  2015R01959

EXHIBIT F

UNOFFICIAL COPY

# Delaware

**PAGE  1**

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER OF "CCA WESTERN PROPERTIES, INC.", FILED IN THIS OFFICE ON THE TWENTY-SIXTH DAY OF DECEMBER, A.D. 2012, AT 4:14 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2012, AT 6 O'CLOCK P.M.

**3900707    8100**

**131058177**

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

**AUTHENTICATION:  0715265**

**DATE:  09-05-13**

Leavenworth County, Register of Deeds  2015R01959

EXHIBIT F

UNOFFICIAL COPY

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:14 PM 12/26/2012
FILED 04:14 PM 12/26/2012
SRV 121391254 - 3900707 FILE

## CERTIFICATE OF MERGER OF:

### CCA WESTERN PROPERTIES, INC.

### WITH AND INTO

### CORRECTIONS CORPORATION OF AMERICA

Pursuant to Title 8, Section 252 of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

FIRST:     The name each constituent corporation is Corrections Corporation of America, a Maryland corporation and CCA Western Properties, Inc., a Delaware corporation.

SECOND:     The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations pursuant to Title 8, Section 252.

THIRD:     The name of the surviving corporation is Corrections Corporation of America, a Maryland corporation.

FOURTH:     The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

FIFTH:     The Merger shall become effective at 6:00 p.m. (Eastern time) on December 31, 2012 (the "Effective Time").

SIXTH:     The Agreement and Plan of Merger is on file at 10 Burton Hills Boulevard, Nashville, Tennessee 37215, the place of business of the surviving corporation.

SEVENTH:     A copy of the Agreement and Plan of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder of any constituent corporations.

EIGHTH:     The surviving corporation agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of the surviving corporation arising from this merger, including any suit or other proceeding to enforce the rights of any stockholders as determined in appraisal proceedings pursuant to the provisions of Section 262 of the Delaware General Corporation laws, and irrevocably appoints the Secretary of State of Delaware as its agent to accept services of process in any suit or proceeding.  The Secretary of State shall mail any such process to the surviving corporation at 10 Burton Hills Boulevard. Nashville, Tennessee 37215.

*(Signature Page Follows)*

LA\3007359.1

EXHIBIT F

UNOFFICIAL COPY

IN WITNESS WHEREOF, said Corporation has caused this certificate to be signed by an authorized officer, the 26th day of December, 2012.

**CORRECTIONS CORPORATION OF AMERICA,** a Maryland corporation

By: _____

Name: Damon T. Hininger

Title: Chief Executive Officer

[Certificate of Merger of CCA Western Properties, Inc.]

EXHIBIT F

Payment Receipt

# Payment Receipt

**City of Leavenworth, KS**

Planning Dept Payments                                 App # : 16864
100 N 5TH STREET                                       Applicant Name : CoreCivic
LEAVENWORTH, KS 66048                                  Applicant Phone Number : 816-983-8194
Phone: 913-680-2626                                    Location : 100 Hwy Terrace
                                                       Type of Permit : Special Use Permit
                                                       Permit Fee : 350.00

**Bill To:**

Husch Blackwell
Kate Johnson
4801 Main St #1000

Kansas City,  MO  64112
kate.johnson@huschblackwell.com

**Single Payment**
                                                       Payment Amount:          $350.00
Transaction Date:   02/21/2025 1:18 PM Pacific Time
                                                       Service Fee:               $8.93
Pay Method:     [Mastercard] ************5680
Approval #:   023874                                   **Total:**               **$358.93**
Trace Number:   1c627239-5508-425f-90eb-00406000fab0
Amount:   $358.93

Thank you for your payment.