**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CITY OF LEAVENWORTH, KANSAS,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CORECIVIC, INC.,** )<br>)<br>**Defendant.** ) | Case No. 2:25-cv-02169-TC-BGS |

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff City of Leavenworth, Kansas designates Kansas City as the place of trial.

        SPENCER FANE LLP

        /s/ W. Joseph Hatley
        David E. Waters    KS #20773
        Caleb P. Phillips    KS #26226
        2601 College Boulevard, Suite 500
        Overland Park, KS 66211
        (913) 345-8100 (telephone)
        (913) 345-0736 (fascimile)
        dwaters@spencerfane.com
        cphillips@spencerfane.com

        W. Joseph Hatley    KS #12929
        Angus W. Dwyer    KS #26995
        1000 Walnut, Suite 1400
        Kansas City, MO 64106
        (816) 474-8100 (telephone)
        (816) 474-3216 (facsimile)
        jhatley@spencerfane.com
        adwyer@spencerfane.com

        ATTORNEYS FOR PLAINTIFF CITY OF
        LEAVENWORTH, KANSAS