**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CITY OF LEAVENWORTH, KANSAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:25-cv-02169-TC-BGS** |
| ) | |
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**CLERK'S ORDER FOR EXTENSION OF TIME**

Pursuant to the District of Kansas Local Rule 77.2(a)(2), Defendant CoreCivic, Inc.

("CoreCivic") is granted an additional fourteen (14) days to answer or otherwise respond to the

Complaint.  CoreCivic was served with the Complaint on or about **April 4, 2025**.  CoreCivic's

answer or other responsive pleading is due on **April 25, 2025**.  The fourteen (14) day extension

makes the answer or other responsive pleading due on **May 9, 2025**.  The time prescribed to

answer or otherwise respond to the Complaint has not expired.


s/ J. Kendall, Deputy Clerk
Clerk of the U.S. District Court

1

2

Dated: April 24, 2025

Respectfully submitted,

*/s/      Sara A. Fevurly*
Taylor Concannon Hausmann     KS #26668
Sara A. Fevurly                        KS #27537
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8000
F: 816.983.8080
Taylor.Hausmann@HuschBlackwell.com
Sara.Fevurly@HuschBlackwell.com

**ATTORNEYS FOR DEFENDANT
CORECIVIC, INC.**

2