# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CITY OF LEAVENWORTH, KANSAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-02169-TC-BGS |
| | ) | |
| CORECIVIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF MARCELO ARIOLA

I, Marcelo Ariola, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following facts are true and correct to the best of my knowledge information and belief:

1. I am over 18 years of age and competent to make this declaration.

2. I am the Vice President, Real Estate for CoreCivic, Inc. ("CoreCivic"). The facts set forth below are based on my personal knowledge and/or knowledge and information obtained in my capacity as a corporate representative of CoreCivic, including information obtained through discussions with other CoreCivic employees and my review of CoreCivic's corporate records.

3. The Midwest Regional Reception Center ("MRRC") is located at 100 Highway Terrace, Leavenworth, Kansas (the "Property").

4. The MRRC facility was constructed as a private prison, and CoreCivic has owned and operated the facility since approximately 1992.

5. In 1997, the City of Leavenworth advised CoreCivic that "[a] correctional facility use is currently permitted by right in heavy industrial zoning districts." *See* Exhibit A, June 20, 1997 Correspondence from the City of Leavenworth.

6. The Property is zoned I-2, Heavy Industrial District. *See* Declaration of Sarah Bodensteiner (Doc. 13-2), Exhibit C.

7. Following former President Biden's Executive Order 14006 prohibiting the Department of Justice from renewing contracts with privately operated prisons, CoreCivic's contract with the U.S. Marshals Service expired and CoreCivic stopped housing detainees at MRRC pursuant to that contract.

8. In 2023, CoreCivic began engaging in conversations with the City of Leavenworth about CoreCivic's opportunity to serve the federal government at MRRC as a partner for U.S. Immigration and Customs Enforcement ("ICE"). It did so in an effort to work cooperatively with the City to continue to provide a secure facility for the benefit of public safety while also benefitting the Leavenworth community more broadly.

9. Pursuant to CoreCivic's agreement with ICE, CoreCivic will house approximately 1,000 nondetained noncitizens at MRRC and will be staffed with approximately 300 full-time employees with competitive pay and benefits. The annual payroll is estimated to be approximately $30 million, in addition to an estimated $10 million in annual local expenditures for materials, goods, and services required to operate the facility.

10. CoreCivic anticipates approximately $50 million in annual revenue from this agreement.

11. CoreCivic has also committed to paying a one-time impact fee of $1,000,000, a $250,000 annual impact fee, and an additional $150,000 annual impact fee to the Leavenworth Police Department. This is in addition to the over $1,000,000 in annual property taxes CoreCivic currently pays.

12. CoreCivic has never "shuttered" its facility or discontinued or abandoned its use of the MRRC facility as a detention and detainment center.

13. CoreCivic has consistently utilized and maintained its property for the same purpose since 1992. It has no intent, and has never had any intent, to discontinue or abandon that use.

14. CoreCivic has always employed, and continues to employ, individuals to provide nearly around-the-clock operations and maintenance at the property seven days a week.

15. CoreCivic pays its bills, and it pays taxes on the property.

16. Following President Biden's Executive Order and the expiration of CoreCivic's contract with the U.S. Marshals Service, CoreCivic continued to maintain and operate the property, market the property, submit pricing proposals, respond to proposals, and engage in contract and other negotiations for detention services, including with ICE.

17. CoreCivic has invested substantial time and resources into recruiting talented individuals to fill the approximately 300 newly-created jobs.

18. CoreCivic has expended nearly $50,000 in advertising expenses for MRRC and has received approximately 1,000 applications for the MRRC positions. CoreCivic also hired a contract recruiter to support its recruitment efforts.

19. The typical cost to CoreCivic per application is approximately $50, in addition to the approximately $10,000 per month it is paying the contract recruiter.

20. Significantly, CoreCivic has already hired individuals who left their prior employment to join CoreCivic at MRRC and is already paying other staff salaries at MRRC.

21. Further delays in allowing CoreCivic to fully operate the MRRC facility and house detainees at MRRC risks role elimination and/or transfers for many of these employees. It also risks losing the talented applicants CoreCivic has already attracted through its substantial recruitment efforts and investments to date.

22. The harm from further delays in allowing CoreCivic to fully operate the MRRC facility and house detainees at MRRC is therefore not limited to CoreCivic. It extends to these innocent third parties.

23. On March 25, 2025, the City of Leavenworth adopted Resolution No. B-2394 ostensibly revoking CoreCivic's zoning status. The City did not hold a public hearing on the purported revocation or provide notice to CoreCivic or an opportunity to be heard on the City's resolution and decision to allegedly revoke CoreCivic's existing zoning status. The City did not consider evidence from CoreCivic regarding its use of the property or make any findings of fact capable of supporting its effort to revoke CoreCivic's zoning status.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 2, 2025.

DocuSigned by:
*Marcelo Ariola*
371DEFD9E20B44B...

Marcelo Ariola



June 20, 1997

First Union National Bank of Tennessee,  
as Administrative Agent  
First Union Tower  
150 Fourth Avenue  
Nashville, Tennessee 37219

Corrections Corporation of America  
102 Woodmont Boulevard, Suite 800  
Nashville, Tennessee 37205

Lawyers Title Insurance Corporation  
National Division Office  
1108 East Main Street, 4th Floor  
Richmond, Virginia 23219

CCA Prison Realty Trust  
2200 Abbott Martin Road, Suite 201  
Nashville, Tennessee 37215

RE: Leavenworth Detention Center  
Leavenworth Industrial Park  
100 Highway Terrace, Kansas Highway #5  
Leavenworth, Kansas (the "Property")

Ladies and Gentlemen:

Based upon a review of the as-built survey of the Property, prepared by Schmitz, King & Associates, Inc., Professional Land Surveying, a copy of which is attached hereto as Exhibit A (the "Survey"), and other records on file in our office, routine inspections and visual observations, we advise you that:

1. The Property which is located on Highway Terrace, Kansas Highway #5, Leavenworth County is further identified as Lots 2-8, Block 5, and Lots 2, 4 and 6, Block 4 of Leavenworth Industrial Park. The Property is currently zoned I-2 (Heavy Industrial Zoning District), as reflected on the Official Zoning Maps for Leavenworth County, Kansas.

2. A correctional facility use is currently permitted by right in heavy industrial zoning districts, as provided in the permitted use section, page 171, use #320. Prisons, of the Leavenworth Zoning Ordinance.

All conditions, restrictions, and requirements contained in the Zoning Ordinance, including, but not limited to, the securing of necessary consents or authorizations as a prerequisite to such use or uses of the Property have been satisfied or obtained.

**Exhibit A**

3. There are no variances, conditional use permits or special use permits required or outstanding for the improvements located on the Property as shown on the Survey, or for the current use of the Property as a correctional facility. The improvements constructed on the Property as shown on the Survey comply with the Zoning Ordinance.

4. At the present time, no outstanding zoning violations have been found or are known to exist on or with respect to the Property, or with respect to the improvements previously constructed thereon, as shown on the Survey, including no violations relating to:

   a. Area, width or depth of the land as a building site for the structures;

   b. Floor space area of the structures;

   c. Setback of the structures from the property lines of the land;

   d. Height of the structures; or,

   e. Parking

We understand and acknowledge the persons listed as addressed on this letter will be relying on this letter in part in their decision to consummate certain financing transactions relating to the correctional facility previously constructed on the Property. This letter is intended to provide such reliance.

You may contact us at (913) 682-9201 in the event you should have any questions or need further information.

Very sincerely yours,

John P. Krueger, Director
Planning & Community Dev.

JPK:ldb

**Exhibit A**

APR- 2-97 WED 8:04    P.02

# Certificate of Occupancy
## City of Leavenworth

For __PRE-TRIAL FACILITY__ at __100 HIGHWAY TERRACE, LEAVENWORTH, KS__
    (Use)                                           (Address)

*This certificate issued pursuant to the requirements of the Uniform Building Code and the City Zoning Ordinance certifying that at the time of issuance this structure was in compliance with the various ordinances of the city regulating building construction and use.*

Occupancy Group __I-3, B-2__      Bldg. Permit # __10197__

Type Construction __TYPE II-FR__      Use Zone _____

Owner of Building __CORRECTIONS CORPORATIONS OF AMERICA__      Address __NASHVILLE, TN__

_____      __6/12/92__
Building Official                                   Date

**Exhibit A**

Russell Harwell
tokes & Bartholomew
15-259-1470
er): 3

ohn Krueger
nity Development
82-9201
-1521
-20-97

City of Leavenworth
City Hall
100 N. 5th Street
Leavenworth, KS 66048

T R A N S M I S S I O N

06/20/97 FRI 15:18 [TX/RX NO 7128]

**Exhibit A**

From:

Pages (Including Cover): 3
Name: John Krueger
Planning & Community Development
Phone #: (913) 682-9201
Fax #: (913) 682-1521
Date: 6-20-97

Comments:

213-259-1470



City of Leavenworth
City Hall
100 N. 5th Street
Leavenworth, KS 66048

T R A N S M I S S I O N

06/20/97  FRI 15:18  [TX/RX NO 7128]

**Exhibit A**