# EXHIBIT 2

      a. Scheduling and conducting inspections of buildings, structures, and uses of land to determine compliance with the provisions of the Development Regulations.

      b. Maintaining permanent and current records of the Development Regulations, including, but not limited to, all zoning district maps, amendments, special uses, variances, exceptions, appeals and applications therefore and records of hearings thereon.

      c. Preparing and having available in book, pamphlet, or map form, on or before March 31 of each year:

          (1) The compiled text of the zoning regulations and amendments thereto, including all amendments adopted through the preceding December 31, and

          (2) A zoning district map or maps, showing the zoning districts, divisions, and classifications in effect on the preceding December 31.

      d. Maintaining for distribution to the public paper and electronic copies of the zoning district map, the text of the Development Regulations and the bylaws, agendas and meeting minutes of the Planning Commission and the Board of Zoning Appeals.

      e. Providing such clerical, technical, and consultative assistance as may be required by the City Commission, Planning Commission, Board of Zoning Appeals, Preservation Commission and other boards or commissions in the exercise of their duties relating to these Development Regulations.

      f. Preparing and distributing hearing notices as required.

      g. Providing information, clerical, technical, and consultative assistance to developers and property owners with regard to the application process and requirements of this ordinance generally.

    6. *Leavenworth Preservation Commission.* The Leavenworth Preservation Commission authority and procedures are established in Article 9.

B. **Schedule of Fees.** The Schedule of Fees and Charges for any applicable fees shall be on file with the City Clerk according to all city ordinances.

## 1.03. Interpretation

A. **Rules of Construction.** In interpreting these regulations, the following rules shall apply:

    1. Words used in the present tense shall include the future.

    2. Words in the singular number include the plural number, and words in the plural number include the single number.

    3. The phrase "used for" shall include the phrases "arranged for", "designed for", "intended for", "maintained for" and "occupied for".

    4. The word "shall" is mandatory.

    5. The word "may" is permissive.

    6. The word "person" includes individuals, firms, corporations, associations, governmental bodies and agencies and all other legal entities.

    7. Any word or phrase which is defined in in these regulations shall have the meaning as so defined, unless such definition is expressly limited in its meaning or application.

B. ***Computations of Time.*** Unless specifically stated in individual sections, wherever these regulations state a time period, it shall be interpreted as follows:

    1. The day of the act, event, or other means which commences the time period shall not be counted.

    2. The last day of the time period shall be included in the time period, unless it is a Saturday, Sunday, or legal City holiday, in which case the next working day shall end the time period.

    3. Whenever the time period is expressed to require a formal submittal to the City, the time period shall end at 5:00 P.M. on the last day of the time period.

    4. Any time period expressed in years shall include a full calendar year from the act, event or other means which commences the time period.

C. ***Minimum Requirements.*** The provisions of these regulations shall be held to be the minimum requirements for the promotion of the public health and welfare.

D ***Conflicts.*** Where the conditions imposed by any provision of these regulations are either more restrictive or less restrictive than any other law, ordinance, resolution, rule or regulations of any kind, the more restrictive shall control. In making a determination of which regulation is more restrictive, the Director shall determine which regulation establishes a higher standard for the promotion of the public health, safety, and general welfare shall control and more closely follows the policies of the Comprehensive Plan.

E. ***Private Agreements***. These regulations are not intended to abrogate, annul or otherwise interfere with any easement, covenant or any other private agreement of legal relationship; provided, however, that where the provisions of these regulations are more restrictive (or impose higher standards or requirements) than such easements, covenants or other private agreements or legal relationships, the provisions of these regulations shall govern.

F. ***Existing Uses.*** Any existing structure, use, or occupation of land previously approved as of the effective date of this ordinance shall be permitted to continue as a lawful use or occupation. The approved site plan and all terms, covenants and conditions applicable as of the effective date of this ordinance shall continue to apply and control the use or occupation of such land. However, any proposed change or modification in the use or occupation of such land, or in the approved site plan for such land, shall be made in accordance with the standards and procedures of this ordinance.

G. ***Interpretation of District Boundaries.*** Where uncertainty exists with respect to the boundaries of any district on the zoning district map, the following rules shall apply:

    1. Boundaries indicated as approximately following platted lot lines shall be construed as following such lot lines;

    2. Boundaries indicated, as approximately following city limits shall be construed as following such city limits;

3. Boundaries indicated as following railroad lines shall be construed to be midway between the main tracks of the railroad line;

4. Boundaries indicated as following shorelines shall be construed to follow such shore lines, and in the event of change in the shore line, the boundaries shall be construed as moving with the actual shore line; boundaries indicated as approximately following the center lines of streams shall be construed to follow such center lines;

5. Boundaries indicated as approximately following the center lines of streets, highways or alleys shall be construed to follow such center lines; where public ways have been vacated, boundaries shall be construed to follow either the original center line or new property line;

6. Boundaries indicated as parallel to or extensions of features shall also so be construed as to follow a parallel path;

7. Distances not specifically indicated on the Official Zoning District Map shall be determined by the scale of the map; and

8. No single parcel subdivided or rezoned after the adoption of these development regulations shall have 2 or more zoning districts.

## 1.04. Enforcement

A. *Violations.* If any building, structure, use, or other action or condition is found to be in violation of these regulations the city, in addition to other remedies, may institute any appropriate action or proceeding to:

   1. Prevent the continuance of any unlawful action or condition;

   2. Correct or abate any violation, and withhold public improvements until the violation is abated or corrected;

   3. Prevent the issuance of permits, occupancy of the building, structure or land, and otherwise prevent any further illegal act, conduct business, or use of the premises;

   4. Prevent the sale, transfer, lease or recording of any land or lot.

   Such regulations shall be enforced by the Director or other administrative official so authorized in writing.

B. *Penalties.* Any person violating any of the provisions of this Code shall be guilty of a misdemeanor, each day, or portion thereof, constituting a separate offense. Each offense shall be punishable by a term of confinement in the City or county jail, which shall be fixed by the court, shall not exceed one year, and may, in addition to, or instead of the confinement, be sentenced to pay a fine not exceeding $500 in addition to any other fine or remedy provided by law.

## 1.05. Nonconformances