**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CITY OF LEAVENWORTH, KANSAS,** )<br>  )<br>   **Plaintiff,**  )<br>  )<br>  v.  )<br>  )<br>**CORECIVIC, INC.,**  )<br>  )<br>   **Defendant.**  ) | Case No. 25-cv-02169-TC-BGS |

**NOTICE OF SUPPLEMENTAL DECLARATION IN SUPPORT OF RENEWED
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff the City of Leavenworth, Kansas attaches to this notice the declaration of Roberta Beier, its Director of Finance, to support the City's request that the Court not require the City to post an injunction bond as a condition to the entry of a preliminary injunction.

**SPENCER FANE LLP**

/s/ W. Joseph Hatley
David E. Waters           KS #20773
Caleb P. Phillips         KS #26226
6201 College Boulevard, Suite 500
Overland Park, KS 66211
(913) 345-8100 (telephone)
(913) 345-0736 (fascimile)
dwaters@spencerfane.com
cphillips@spencerfane.com

W. Joseph Hatley          KS #12929
Angus W. Dwyer            KS #26995
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100 (telephone)
(816) 474-3216 (facsimile)
jhatley@spencerfane.com
adwyer@spencerfane.com

ATTORNEYS FOR PLAINTIFF CITY OF LEAVENWORTH, KANSAS

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on May 16, 2025, I filed this document utilizing this Court's electronic filing system, which will automatically transmit notice of the foregoing to all CM/ECF users.

                        <u>/s/ W. Joseph Hatley</u>
                        Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CITY OF LEAVENWORTH, KANSAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:25-cv-02169-TC-BGS |
| CORECIVIC, INC., | ) |
| Defendant. | ) |

### DECLARATION OF ROBERTA BEIER

1. My name is Roberta Beier. I am the Director of Finance for the City of Leavenworth and have personal knowledge of the facts stated in this declaration.

2. As of March 31, 2025, the City's General Fund had an unencumbered cash balance of $9,292,857. However, the City's reserves policy states that the City must maintain cash reserves of 16% of General Fund operating expenses. So of the $9,292,857, the City must "set aside" that amount to comply with our policy.

3. Currently, the amount of the unencumbered cash balance the City must set aside to remain in compliance with its reserve policy is $3,997,241, which is 16% of the General Fund operating expenses for this fiscal year.

4. This leaves $5,295,616 available to satisfy any claim by CoreCivic that is wrongfully enjoined.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2025.

_____
Roberta Beier