# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CITY OF LEAVENWORTH, KANSAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-cv-2169-TC-BGS |
| | ) |
| CORECIVIC, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff City of Leavenworth, Kansas states that it is a city located within the State of Kansas and formed under the laws of the State of Kansas, and is therefore a citizen of the State of Kansas. There is no other individual or entity whose citizenship is attributed to Plaintiff.

SPENCER FANE LLP

By: /s/ W. Joseph Hatley
David E. Waters KS #20773
Caleb P. Phillips KS #26226
2601 College Boulevard, Suite 500
Overland Park, KS 66211
(913) 345-8100 (telephone)
(913) 345-0736 (fascimile)
dwaters@spencerfane.com
cphillips@spencerfane.com

W. Joseph Hatley KS #12929
Angus W. Dwyer KS #26995
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100 (telephone)
(816) 474-3216 (facsimile)
jhatley@spencerfane.com
adwyer@spencerfane.com

ATTORNEYS FOR PLAINTIFF CITY OF
LEAVENWORTH, KANSAS

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using its electronic filing system, which will automatically send a notice of electronic filing to all counsel of record in this action.

      /s/ W. Joseph Hatley
      Attorney for Defendant