## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CITY OF LEAVENWORTH, KANSAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-cv-2169-TC-BGS |
| | ) |
| CORECIVIC, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SUPPLEMENTAL AUTHORITIES

Pursuant to D. Kan. R. 7.1(f), Plaintiff City of Leavenworth, Kansas advises the Court of supplemental authorities for the proposition that a property owner's intent to carry on a grandfathered use is irrelevant if (a) the city's zoning code provides that discontinuance of the use for a specified time terminates the right to the grandfathered use, and (b) the property is not actually and actively being used as grandfathered for that specified time. These authorities supplement pages 2-3 of the City's Reply Memorandum in Support of its Motion for Preliminary Injunction.

The supplemental authorities are:

☐ *M.S.W., Inc. v. Bd. of Zoning Appeals of Marion Co.*, 24 P.3d 175 (Kan. Ct. App. 2001)

☐ *City of Belton v. Smoky Hill Ry.*, 170 S.W.3d 429 (Mo. Ct. App. 2005)

☐ *Custom Land Devel., Inc. v. Town of Coopertown*, 168 S.W.3d 764 (Tenn. App. 2005)

☐ *Cizek v. Concerned Citizens of Eagle River Valley, Inc.*, 49 P.3d 228 (Alaska 2002)

☐ *Toles v. City of Dyersburg*, 39 S.W.3d 138 (Tenn. App. 2001)

☐ *City of Glendale v. Aldabbagh*, 939 P.2d 418 (Ariz. 1997)

SPENCER FANE LLP

By: /s/ W. Joseph Hatley
    David E. Waters    KS #20773
    Caleb P. Phillips    KS #26226
    2601 College Boulevard, Suite 500
    Overland Park, KS 66211
    (913) 345-8100 (telephone)
    (913) 345-0736 (fascimile)
    dwaters@spencerfane.com
    cphillips@spencerfane.com

    W. Joseph Hatley    KS #12929
    Angus W. Dwyer    KS #26995
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    (816) 474-8100 (telephone)
    (816) 474-3216 (facsimile)
    jhatley@spencerfane.com
    adwyer@spencerfane.com

    ATTORNEYS FOR PLAINTIFF CITY OF
    LEAVENWORTH, KANSAS

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2025, I electronically filed the foregoing with the Clerk of the Court using its electronic filing system, which will automatically send a notice of electronic filing to all counsel of record in this action.

                                          /s/ W. Joseph Hatley
                                          Attorney for Defendant