IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CITY OF LEAVENWORTH, KANSAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:25-cv-02169-TC-BGS |
| | ) |
| **CORECIVIC, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT CORECIVIC, INC.'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CoreCivic, Inc. states that CoreCivic, Inc. is a Maryland corporation publicly traded on the New York Stock Exchange under ticker symbol CXW. CoreCivic, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock. CoreCivic, Inc.'s state of incorporation is Maryland, and its principal place of business is Tennessee.

Dated:  May 19, 2025                           Respectfully submitted,

                                               */s/ Taylor Concannon Hausmann*
                                               Taylor Concannon Hausmann, KS #26668
                                               Sara A. Fevurly, KS #27537
                                               HUSCH BLACKWELL LLP
                                               4801 Main Street, Suite 1000
                                               Kansas City, MO 64112
                                               T: 816.983.8000
                                               F: 816.983.8080
                                               Taylor.Hausmann@HuschBlackwell.com
                                               Sara.Fevurly@HuschBlackwell.com

                                               **ATTORNEYS FOR DEFENDANT**
                                               **CORECIVIC, INC.**

## CERTIFICATE OF SERVICE

  The undersigned certifies that on May 19, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                    /s/ *Taylor Concannon Hausmann*
                    Attorney

1