UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**CITY OF LEAVENWORTH, KANSAS,**       )
                                       ) Case Number:    **25-2169**
                            Plaintiff, )
**vs.**                                )
                                       )
**CORECIVIC, INC.,**                   )
                                       )
                            Defendant. ) Date of Hearing:  **5/20/25**
_____)

### CIVIL MINUTE SHEET – MOTION HEARING - INJUNCTION

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **2 hours, 27 minutes** |

**APPEARANCES:**     parties appear:  **IN PERSON in Topeka, KS**

*Plaintiff –*     W. Joseph Hatley / Caleb Phillips
*Defendant –*    Taylor Concannon Hausmann

**NATURE OF HEARING:**

The parties discuss the pending motions and associated briefings, in particular Docs. 1, 12, 13, 20, 24, 25, 28, 32, and 34.

In light of and consistent with the comments at the hearing, the Court will take this matter under advisement and will endeavor to file a written decision by the end of the week.