**In the United States District Court
for the District of Kansas**

---

Case No. 25-cv-02169-TC-BGS

---

CITY OF LEAVENWORTH, KANSAS,

*Plaintiff*

v.

CORECIVIC, INC.,

*Defendant*

---

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Court's Order filed on May 22, 2025, this case is dismissed for lack of subject-matter jurisdiction.**

Date:  May 22, 2025          SKYLER B. O'HARA
                             CLERK OF THE DISTRICT COURT

                             By:   s/  Traci Anderson
                                    Deputy Clerk